| Fill in this information to identify your case: | | |
|---|---|---|
| United States Bankruptcy Court for the: | | |
| DISTRICT OF NEVADA | | |
| Case number (if known) | Chapter | 11 |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | Lavissani, LLC | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 84-4405122 | |
| 4. | Debtor's address | **Principal place of business**<br><br>9777 Wilshire Blvd., Suite 400<br>Beverly Hills, CA 90212<br>Number, Street, City, State & ZIP Code<br><br>Los Angeles<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Debtor  **Lavissani, LLC**  Case number (*If known*) _____
　　　　　Name

7. **Describe debtor's business**   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply:*

   　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   　　☐ A plan is being filed with this petition.

   　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ■ No.
   ☐ Yes.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No
    ☐ Yes.

Official Form 201　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　page 2

Debtor  **Lavissani, LLC** _____  Case number (*If known*) _____

Name

| List all cases. If more than 1, attach a separate list | Debtor _____ | | Relationship _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **Lavissani, LLC**                                                                     Case number (*if known*)
      Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **2/24/2025**
             MM / DD / YYYY

X _(signed)_                                                                                    **Houshang Neyssani**
Signature of authorized representative of debtor                                      Printed name

Title  **Manager**

**18. Signature of attorney**

X _(signed)_                                                                                    Date _____
Signature of attorney for debtor                                                           MM / DD / YYYY

**Matthew C. Zirzow 7222**
Printed name

**Larson & Zirzow, LLC**
Firm name

**850 E. Bonneville Ave.**
**Las Vegas, NV 89101**
Number, Street, City, State & ZIP Code

Contact phone  **702-382-1170**      Email address  **mzirzow@lzlawnv.com**

**7222 NV**
Bar number and State

---

Official Form 201         Voluntary Petition for Non-Individuals Filing for Bankruptcy         page 4

## ACTION BY UNANIMOUS WRITTEN CONSENT OF THE MANAGING MEMBERS
## OF LAVISSANI, LLC, a Nevada limited liability company

The undersigned, being the managing members of LAVISSANI, LLC, a Nevada limited liability company (the "Company"), and being authorized to so act in accordance with the Company's Operating Agreement and applicable state law, hereby approves and adopts the following resolutions effective as of February 23, 2025:

WHEREAS, the Company, having determined that in its judgment, and upon the advice of counsel, that it is desirable and in the best interests of the Company and its creditors and other interested parties, as applicable, that a voluntary petition for relief be filed under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

BE IT THEREFORE RESOLVED, the Company shall file a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the U.S. Bankruptcy Court for the District of Nevada (the "Bankruptcy Court") and take all steps necessary thereto, and the Company is authorized to employ LARSON & ZIRZOW, LLC to represent it in the proceeding as bankruptcy counsel.

BE IT FURTHER RESOLVED, that HOOMAN NISSANI (the "Authorized Person") shall be authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a petition, schedules, and any amendments thereto under chapter 11 of the Bankruptcy Code, and to cause the same to be filed with the Bankruptcy Court as soon as he shall determine, and take all other reasonable steps thereafter in such bankruptcy case.

BE IT FURTHER RESOLVED, that the Authorized Person shall be designated as the responsible person in the Company's bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case.

BE IT FURTHER RESOLVED that any and all past actions taken by the Authorized Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved.

IN WITNESS WHEREOF, the undersigned, hereby approves the foregoing effective as of the date set forth above.

LAVISSANI, LLC,
a Nevada limited liability company:

By: *[signature]*

By: HOOMAN NISSANI

Fill in this information to identify the case:

Debtor name: **Lavissani, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Nat'l Mortgage Resources, Inc. Attn: President 3415 S. Sepulveda Blvd, Suite 1101 Los Angeles, CA 90034 | | | Contingent | | | $2,400,000.00 |
| PIVS Felix, Inc. Attn: President 5526 13400 South, Suite 437 Herriman, UT 84096 | | | | | | $148,750.00 |

# United States Bankruptcy Court
## District of Nevada

In re   **Lavissani, LLC**　　　　　　　　　　　　　　　　　　　　　Case No.　_____

　　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   2/24/2025

**Houshang Neyssani/Manager**
Signer/Title

Lavissani, LLC
9777 Wilshire Blvd., Suite 400
Beverly Hills, CA 90212

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Social Security Administration
Office of the General Counsel
Office of Program Lit. Attn: Bankrup
6401 Security Blvd.
Baltimore, MD 21235

U.S. Small Business Administration
Attn: Bankruptcy Dept/Managing Agent
409 3rd St., SW
Washington, DC 20416

Nevada Dept. of Taxation
Attn: Bankruptcy Section
700 E. Warm Spring Rd. Ste 200
Las Vegas, NV 89119

Nat'l Mortgage Resources, Inc.
Attn: President
3415 S. Sepulveda Blvd, Suite 1101
Los Angeles, CA 90034

PIVS Felix, Inc.
Attn: President
5526 13400 South, Suite 437
Herriman, UT 84096

1686 Manning Avenue, LLC
Attn: Marvin Winkler
32932 Pacific Coast Hwy., Ste. 14-487
Dana Point, CA 92629

Basta, Inc.
Attn: Ross Todd Kutash, Esq.
6277 Van Nuys Blvd., Suite 204
Van Nuys, CA 91401

California Dep't of Tax & Fee Admin.
Account Info Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029

CalPrivate Bank
9606 S Santa Monica Blvd, 3rd Floor
Beverly Hills, CA 90210

Commerce Escrow
Attn: Dwayne Butler
1055 Wilshire Blvd., Suite 1000
Los Angeles, CA 90017

Daniel Bramzon & Assocs.
Attn: Daniel J. Bramzon, Esq.
1545 Wilshire Blvd., Suite 600
Los Angeles, CA 90057

Dep't of Employee, Training & Rehab.
Employment Security Division
500 E. Third St.
Carson City, NV 89713

Franchise Tax Board
Bankruptcy Section, MS A340
PO Box 2952
Sacramento, CA 95812-2952

H.S.K. Investments, LLC
Attn: Homan Nissani
6101 W. Slauson Ave.
Culver City, CA 90230

H.S.K. Properties, LLC
Attn: Melody Eshaghiam
871 Von Geldern Way
Yuba City, CA 95991

H.S.K. Properties, LLC
Attn: Steve Ithurburn
18185 Hummingbird Dr.
Penn Valley, CA 95946

Houshang Neyssani
401 Ryland St. Suite 200-A
Reno, NV 89502

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Law Office of Kevin P. HermansenP
Attn: Kevin P. Hermansen, Esq.
13654 Victory Blvd., Suite 111
Van Nuys, CA 91401

Los Angeles County Assessor
Attn: Bankruptcy Dept/Managing Agent
500 W. Temple Street, Rm 225
Los Angeles, CA 90012

Los Angeles County Treasurer & Tax Coll
P.O. Box 54110
Los Angeles, CA 90054

Lyon Stahl Inv. R.E. Inc.
Attn: Brett Lyon
830 S PCH #D-200
El Segundo, CA 90245

Marcus & Millichap/King Group
Attn: Martin Porter
111 W. Ocean Blvd., Suite 1025
Long Beach, CA 90802

Merona Enterprises, Inc.
Attn: Mario A. Tapanes
9550 Firestone Blvd., Suite 105
Downey, CA 90241

Merona Enterprises, Inc.
Attn: President
9451-B Firestone Blvd.
Downey, CA 90241

Nevada Dep't of Taxation
Attn: Bankruptcy Section
700 E. Warm Springs Rd., Suite 200
Las Vegas, NV 89119

Palmieri Tyler, et al., LLP
Attn: Ryan M. Prager, Esq.
1900 Main St., Suite 700
Irvine, CA 92614-7328

PIVS Felix, Inc.
c/o David Arnold, Registered Agent
14813 S New Maple Dr.
Herriman, UT 84096

Reeder McCreary, LLP
Attn: Duncan J. McCreary, Esq.
6080 Center Dr., Suite 600
Los Angeles, CA 90045

Sassan J. Masserat, Esq.
468 N. Camden Dr., Suite 200
Beverly Hills, CA 90210

U.S. Small Business Administration
Attn: Office of General Counsel
312 N. Spring St., Fifth Floor
Los Angeles, CA 90012

United States Trustee
300 Las Vegas Blvd. South, #4300
Las Vegas, NV 89101

Winkler Properties LP
Attn: Marvin Winkler
32932 Pacific Coast Hyw, #14-487
Dana Point, CA 92629

Winkler Properties LP
c/o Baker Tilly
Attn: Steven Blatt, as Agent
11111 Santa Monica Blvd., Ste. 800
Los Angeles, CA 90025